IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

TRAVIS JAMAAL EDWARDS, )
)
Plaintiff, )
)
v. ) Civil Action No. 3:10CV240–HEH
)
B. BATTS, )
)
Defendant. )

## FINAL ORDER
### (Adopting Report and Recommendation and Dismissing Action)

In accordance with the accompanying Memorandum Opinion, it is hereby

ORDERED that the Report and Recommendation is ACCEPTED AND ADOPTED; the action is DISMISSED, and the Clerk is DIRECTED to note the disposition of the action for purposes of 28 U.S.C. § 1915(g).

Plaintiff may appeal the decision of the Court. Failure to file written notice of appeal within thirty (30) days of the date of entry hereof may result in the loss of the right to appeal.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion and Order to Plaintiff.

And it is so ORDERED.

_____/s/_____
Henry E. Hudson
United States District Judge

Date: June 20, 2011
Richmond, Virginia